ORIGINAL

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) COMPLAINT |
| | ) |
| WOLPOFF & ABRAMSON, L.L.P. | ) |
| GREAT SENECA FINANCIAL CORP. | ) |
| PALISADES ACQUISTION XVI, LLC | ) |
| FOX ROTHSCHILD LLP | ) |
| NEAL J. LEVITSKY | ) |
| | ) |
| Defendants | ) |

## JURIDICTION

1. This Court has jurisdiction of this action under 15 U.S.C. § 1692k (d) and supplemental jurisdiction provided by 28 U.S.C. § 1367.

## PARTIES

2. The plaintiff, Lifeng Lee Hsu, is an individual residing at 108 Cardinal Circle, Hockessin, DE 19707.

3. The defendant Wolpoff & Abramson, L.L.P. (W&A) is a Maryland law firm in the practice of debt collection with office at 702 King Farm Blvd, Rockville, MD 20850.

4. The defendant Great Seneca Financial Corp (Great Seneca) is a Maryland corporation with office at 700 King Farm Blvd, Rockville, MD 20850.

5. The defendant Palisades Acquisition XVI, LLC (Palisades) is a subsidiary of Asta Funding, Inc at 210 Sylvan Avenue, Englewood Cliffs, NJ 07632.

6. The defendant Fox Rothschild LLP (Fox Rothschild) is a Pennsylvania Limited Liability Partnership having a law office at 919 N. Market Street, Wilmington, DE 19899.

7. The defendant Neal J. Levitsky (Levitsky) is an attorney/debt collector and Fox Rothschild's Office Managing Partner of the Wilmington office at 919 N. Market Street, Wilmington, DE 19899.

8. At all relevant times, the defendant Wolpoff & Abramson, L.L.P. acted as the debt collector and counsel for the defendants Great Seneca Financial Corp and Palisades Acquisition XVI, LLC. The defendants Fox Rothschild LLP and Neal J. Levitsky acted as the local counsel for the defendant Wolpoff & Abramson, L.L.P. during the action brought against me in the Court of Common Pleas for the State of Delaware, New Castle County.

## FACTS

9. Attorney Neal J. Levitsky of Fox Rothschild LLP, under the name of Wolpoff & Abramson, L.L.P. and on behalf of Great Seneca Financial Corp, sued me for a defaulted credit card debt for which I was an authorized user in the Court of Common Pleas for the State of Delaware, New Castle County on June 29, 2005. (Additional facts before this action were described in the related case #:1:06-cv-401-***.)

10. On June 28, 2006 the Court of Common Pleas entered a summary judgment against me and afterward I appealed to the Delaware Superior Court in New Castle County and the case was "REMANDED for further proceedings" by the Superior Court on 06/07/2007.

11. On 01/03/08 and 05/02/08, Defendants Levitsky, Fox Rothschild, W&A, and Great Seneca attempted to collect 24% annual interest rate and 20% of court costs and attorneys fees out of the principal amount of $11,606 through a motion to modify the 05/17/06 CCP Summary Judgment Order. The motion date has been rescheduled to 06/03/2008 at the request of the Defendants.

12. In addition to the Superior Court order, I informed Defendants Levitsky, Fox Rothschild, W&A, and Great Seneca on 1/7/2008 and 4/14/2008 (1) that this case was remanded by the Superior Court order and was being returned to CCP for further proceedings, (2) that 24% interest rate was not a legal rate set by the state of Delaware, and (3) that under American rule and Delaware law, each litigant shall pay for its own ligation costs unless the prevailing party can show that the losing party is contracted to pay for those expenses.

13. On May 05, 2008 Defendant W&A sent me a collection letter with the title of "PALISADES ACQUISITION XVI, LLC ASSIGNEE OF GREAT SENECA FIN." And, the balance requested was $22,899.18. (See attachment)

14. The opening sentence of the above referenced collection letter states "As attorneys for our above-referenced judgment creditor, we are writing in an effort to collect remaining balance due on the above-referenced judgment."

## CLAIM FOR RELIEF:

## VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT

15. By reference paragraph 10, Defendants Levitsky, Fox Rothschild, W&A, and Great Seneca violated 15 USC §1692e(2), §1692e(10) and §1692f(1).

16. By reference paragraphs 12 and 13, all defendants violated 15 USC §1692e(2)(A), §1692e(10) and §1692f(1).

## DEMAND FOR RELIEF

WHEREFORE, the plaintiff respectfully demands judgment be entered against Defendants for the following:

(A) Declaratory judgment that Defendants' conduct violated the FDCPA.

(B) ACTUAL DAMAGES: (1) emotional distress: $3,000 (2) the counsel fees if any and court fees for this action.

(C) STATUTORY DAMAGE pursuant to U.S.C. 1692k of $5,000 ($1,000 per defendant).

(D) PUNITIVE DAMAGE for constant violations of the FDCPA.

(E) Plus any other relief as the court finds just and equitable.

*Lifeng Lee Hsu 5/19/2008*
LIFENG LEE HSU (Pro Se Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
hsu.lifeng@yahoo.com

1683

MAIN OFFICE
TWO IRVINGTON CENTRE
702 KING FARM BLVD., ROCKVILLE, MD 20850

REGIONAL OFFICES
3955 CHAIN BRIDGE ROAD, 2ND FLOOR FAIRFAX, VA 22030
1108 E MAIN ST  STE. 1003, RICHMOND, VA 23219
5122 GREENWICH RD., VIRGINIA BEACH, VA 23462
919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899
VALLEY BANK BLDG., BOX 1226, CLARKSBURG WV 26302
4660 TRINDLE ROAD STE. 300, CAMP HILL, PA 17011
301 GRANT ST  STE. 4300, PITTSBURGH, PA 15219
28632 ROADSIDE DRIVE, STE. 265, AGOURA HILLS, CA 91301
39500 HIGH POINTE BLVD., STE. 250, NOVI, MI 48375
300 CANAL VIEW BLVD., STE 330, ROCHESTER, NY 14623
5215 NORTH O'CONNOR BLVD., IRVING, TX 75039
GREAT JONES BLDG , 708 MAIN ST , STE 720, HOUSTON, TX 77002
11 SOLEDAD ST , STE. 300, SAN ANTONIO, TX 78205
1201 PEACHTREE ST., STE 1717, ATLANTA, GA 30361
301 CARLSON PKWY., STE 303, MINNETONKA, MN 55305
4643 S ULSTER ST., STE 920, DENVER, CO 80237
5355 TOWN CENTER RD., STE. 1002, BOCA RATON, FL 33486
6100 OAK TREE BLVD., STE. 200, INDEPENDENCE, OH 44131
New York City Department of Consumer Affairs
License Numbers 1249874 & 1250739

LAW OFFICES
**W O L P O F F  &  A B R A M S O N , L. L. P.**
*Attorneys in the Practice of Debt Collection*
(A National Collection Attorney Network Firm)
TWO IRVINGTON CENTRE
702 KING FARM BLVD
ROCKVILLE, MD 20850-5775

(TOLL FREE)
1-800-830-2793
FACSIMILE (800) 678-2160

PLEASE DIRECT CORRESPONDENCE TO MAIN OFFICE

NATIONAL COLLECTION ATTORNEY NETWORK
AFFILIATED FIRM LOCATIONS [NOT REGIONAL
OFFICES OF WOLPOFF & ABRAMSON, L.L.P.] *

BIRMINGHAM ALABAMA
ANCHORAGE, ALASKA
PHOENIX, ARIZONA
LITTLE ROCK, ARKANSAS
EAST HARTFORD, CONNECTICUT
HONOLULU, HAWAII
BOISE, IDAHO
CHICAGO, ILLINOIS
MERRILLVILLE, INDIANA
KANSAS CITY, KANSAS
LEXINGTON, KENTUCKY
METAIRIE, LOUISIANA
WORCESTER, MASSACHUSETTS
ST LOUIS, MISSOURI
GREAT FALLS, MONTANA
OMAHA, NEBRASKA
LAS VEGAS, NEVADA
MANCHESTER, NEW HAMPSHIRE
CEDAR KNOLLS, NEW JERSEY
RALEIGH, NORTH CAROLINA

FARGO NORTH DAKOTA
CLEVELAND OHIO
OKLAHOMA CITY, OKLAHOMA
EUGENE, OREGON
PROVIDENCE RHODE ISLAND
COLUMBIA, SOUTH CAROLINA
KNOXVILLE, TENNESSEE
SANDY, UTAH
MILWAUKEE, WISCONSIN
RAWLINS, WYOMING
SEATTLE, WASHINGTON

* The National Collection
Attorney Network is an
affiliation of separate law firms

W&A Hours of Operation
8 a.m. - 6 p.m  ET M-F

MAY 05, 2008

136509176
LIFENG LEE HSU

108 CARDINAL CIR
HOCKESSIN DE   19707-2044

W&A File No.  136509176

Re:  LIFENG LEE HSU

PALISADES ACQUISITION XVI, LLC ASSIGNEE OF GREAT SENECA FIN.
Balance: $ 22899.18

As attorneys for our above-referenced judgment creditor, we are writing in an effort to collect remaining balance due on the above-referenced judgment. This tax refund rebate provides a perfect opportunity for you to satisfy the above judgment.

Judgments are matters of public record. Credit reporting agencies are permitted to include the record of the judgment on your credit report. Further, landlords, new employers and many other companies regularly obtain credit reports.

In order to improve public information about your credit and also to satisfy your obligation, this account should be paid forthwith. Once you do so, we will file a satisfaction of judgment with the Court. This court document will evidence the fact that you have your satisfied your obligation.

This communication is from a debt collector and all information obtained will be used for that purpose.

Very truly yours,

WOLPOFF & ABRAMSON, L.L.P.

---

Please detach and return in the enclosed envelope.

☐ I mailed a check on _____

☐ Here is payment in full made payable to the creditor. Thanks for waiting.
(If paying by Western Union Quick Collect or ACE Cash Express, please see payment instructions on reverse side.)

☐ Enclosed is payment in full made payable to the creditor, but it's post-dated a few days.
(Not applicable for residents of Massachusetts.)

I cannot call you during the day.
☐ Please have someone call me. My telephone number during the day is _____.
My telephone number in the evening is _____.

☐ I have made an electronic payment through the Internet at www.wolpofflaw.com or the W&A Automated Payment Attendant at 1-800-395-4900.

☐ Other _____

**\*\*\*This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.\*\*\***

W&A File No.  136509176

BASE2 (03/04/08)

TXBSLJ/TXBSLJ

Payment Instructions for Western Union Quick Collect

For your convenience in paying by Western Union, please note the following instructions, **if applicable**:

1. Call Western Union at 1-800-762-1808 to locate the Western Union Agent closest to you.

2. Obtain a Quick Collect payment form from your Western Union Agent. Fill out the Quick Collect payment form completely. The code city and state you will use is King Farm, MD. The account number will be the W&A file number found on the front of this letter.

3. Give the agent the completed Quick Collect form, the payment amount, and the transaction fee ($12.95) in cash.

You will receive a receipt from the Western Union Agent with a ten-digit control number. This number is proof that the money was sent. Please retain the receipt for your records.

---

Payment Instructions for ACE Cash Express

For your convenience you may pay at any ACE Cash Express store, please note the following instructions, **if applicable:**

1. Call ACE Cash Express at 1-888-753-2384 to locate the ACE Cash Express store closest to you or you can use the store locator available on the **acecashexpress.com** website.

2. Bring this letter with you to the store and inform the store associate that you wish to make a payment to Wolpoff & Abramson Law Firm. The account number for the payment is the W&A file number found on the front of this letter.

3. Give the payment amount and ACE transfer fee ($6.00), both in cash, to the store associate to complete the transaction.

You will receive an ACE Cash Express detailed receipt from the store associate. Please retain this receipt for your records.

LTDR3 (REV. 06/06/06)

**ORIGINAL**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lifeng Lee Hsu

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Rockville, Maryland**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Lifeng L Hsu (Pro Se), 108 Cardinal Cir, Hockessin, DE 19707

Attorneys (If Known)
Neal J Levitsky, 919 N. Market Street, Wilmington, DE 19899

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1692k (d) and 28 U.S.C. § 1367

Brief description of cause:
Violation of the FDCPA (15 U.S.C. § 1692 et. al.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 8,000.00
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE Honorable Mary Pat Thynge
DOCKET NUMBER 1:06-cv-401-***

DATE: 05/21/2008
SIGNATURE OF ATTORNEY OF RECORD: *Lifeng Lee Hsu*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 3 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____5____ COPIES OF AO FORM 85.

5/19/2008
(Date forms issued)

Lifeng Hsu
(Signature of Party or their Representative)

LiFENG HSU
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.# _____3_____

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: _Lifeng Hsu_   Signed: _[signature]_
Pro Se Plaintiff

Date Received by Clerk's office: _5/19/08_   Signed: _[signature]_
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04