**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LIFENG LEE HSU,** )<br>)<br>Plaintiff, )<br>) C.A. No.: 08-CV-00293-SLR<br>v. )<br>)<br>**WOLPOFF & ABRAMSON, LLP,** )<br>**GREAT SENECA FINANCIAL CORP.,** )<br>**PALISADES ACQUISITION XVI, LLC,** )<br>**FOX ROTHSCHILD, LLP and** )<br>**NEAL J. LEVITSKY,** )<br>)<br>Defendants. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED between the Plaintiff Lifeng Lee Hsu and the Defendants, Wolpoff & Abramson, LLP, Great Seneca Financial Corp., Palisades Acquisition, XVI, LLC, Fox Rothschild, LLP and Neal J. Levitsky ("Defendants") and subject to the approval of the Court, that the time for the Defendants to respond to the Complaint in the above matter shall be extended until July 11, 2008.

BY:  /s/ Lifeng Lee Hsu
Lifeng Lee Hsu (Pro Se Plaintiff)
108 Cardinal Circle
Hockessin, DE  19707
(302) 573-5458
Hsu.lifeng@yahoo.com

BY:  /s/ Neal J. Levitsky
Neal J. Levitsky, Esquire (No. 2092)
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 654-7444
nlevitsky@foxrothschild.com

SO ORDERED this _____ day of _____, 2008.

_____
THE HONORABLE SUE L. ROBINSON

WM1A 823111v1 05/29/08

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached pleading were served this 29th day of May, 2008 on the following individual by First Class Mail, postage prepaid:

>Lifeng Lee Hsu
>108 Cardinal Circle
>Hockessin, Delaware  19707-2044

/s/ Neal J. Levitsky
Neal J. Levitsky, Esquire (No. 2092)