# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU | ) |
| Plaintiff | ) |
| v. | ) Case #: 1:08-cv-293 (SLR) |
| WOLPOFF & ABRAMSON, L.L.P. | ) |
| GREAT SENECA FINANCIAL CORP. | ) |
| PALISADES ACQUISTION XVI, LLC | ) |
| FOX ROTHSCHILD LLP | ) |
| NEAL J. LEVITSKY | ) |
| Defendants | ) |

## Affidavit of Service

Pro Se Plaintiff, Lifeng Lee Hsu, hereby certifies that on 05/22/2008, all defendants were properly served with (1) sermons and (2) a copy of complaint in the following manner:

1. Certified/Returned mail via U.S. Postal Service to WOLPOFF & ABRAMSON, L.L.P., GREAT SENECA FINANCIAL CORP, and PALISADES ACQUISTION XVI, LLC.

2. Personal Delivery to FOX ROTHSCHILD LLP and NEAL J. LEVITSKY.

LIFENG LEE HSU (Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
hsu.lifeng@yahoo.com

Date: 5/4/2008

Witness my hand and official Seal.

Notary Public

My Commission Expires: 03/04/10

JOHN B. ALIOTO
Notary Public
State of Delaware
My Commission Expires on Mar 4, 2010

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___05/22/2008___ by:

    (1) personally delivering a copy of each to the individual at this place, __Wolpoff & Abramson, L.L.P.__
        __702 King Farm Blvd, Rockville, MD 20850_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __5.49__ for travel and $ _____ for services, for a total of $ __5.49__ .

Date: _____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Wolpoff & Abramson, L.L.P.
    702 King Farm Blvd
    Rockville, MD 20850-5725

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    Wolpoff et al    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
    MAY 21 2008

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:  ☐ No

3. Service Type
    ☒ Certified Mail   ☐ Express Mail
    ☐ Registered       ☒ Return Receipt for Merchandise
    ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
    7006 0810 0005 5206 0189

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  05/22/2008  , by:

   (1) personally delivering a copy of each to the individual at this place,  Great Seneca Financial Corp
700 King Farm Blvd, Rockville, MD 20850  ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Great Seneca Financial
700 King Farm Blvd
Rockville, MD 20850

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Jf & Abrr*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 21 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0005 5206 0172

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __05/22/2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, __Palisades Acquisition XVI, LLC__
        __210 Sylvan Avenue, Englewood Cliffs, NJ 07632__ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __5.49__ for travel and $ _____ for services, for a total of $ __5.49__.

Date: _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Palisades Acquisition XVI
    210 Sylvan Ave
    Englewood Cliffs, NJ
    07630

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _D. Retroto_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): _____ C. Date of Delivery: 5/22/08

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

3. Service Type
    ☒ Certified Mail    ☐ Express Mail
    ☐ Registered    ☒ Return Receipt for Merchandise
    ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 5206 0196

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| Lifeng Lee Hsu | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ |
| Wolpoff & Abramson, L.L.P. et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Neal J. Levitsky
919 N. Market Street
Wilmington, DE 19899

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lifeng Lee Hsu
108 Cardinal Cir
Hockessin, DE 19707

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/19/08

Name of clerk of court

*[Deputy clerk's signature]*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __5/22/08__ by:

☑ (1) personally delivering a copy of each to the individual at this place, __Neal J. Levitsky__
__919 N. Market street, Wilmington, DE 19899__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __5/22/08__

Server's signature

__Ming-Hua Shiau__
Printed name and title

__23 Slashpine Circle, Hockessin, DE 19707__
Server's address

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| Lifeng Lee Hsu | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. _____ |
| Wolpoff & Abramson, L.L.P. et al | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Fox Rothschild
919 N. Market Street
Wilmington, DE 19899

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lifeng Lee Hsu
108 Cardinal Cir
Hockessin, DE 19707

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/19/08

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __5/22/08__,
by:

✓ (1) personally delivering a copy of each to the individual at this place, __Fox Rothschild__
     __919 N. Market street, Wilmington, DE 19899__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __6 -2/08__

Server's signature

__Ming-Hua Shiau__
Printed name and title

__23 Slashpine Circle, Hockessin, DE 19707__
Server's address