IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Lifeng Lee Hsu** )<br>)<br>    **Plaintiff** )<br>)<br>vs. )<br>)<br>**Wolpoff & Abramson, L.L.P.,** )<br>**Great Seneca Financial Corporation,** )<br>**Palisades Acquisition XVI, L.L.C.,** )<br>**Fox Rothschild, L.L.P., and** )<br>**Neal J. Levitsky** )<br>)<br>    **Defendants** ) | Civil Action No.:  1:08-CV-00293-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between counsel for the Defendants and the Pro Se Plaintiff, Lifeng Lee Hsu, and subject to the approval of the Court, that the briefing schedule in connection with the Defendants' Motion to Dismiss as well as the Plaintiff's Cross-Motion for Summary Judgment shall be as follows:

1. Defendants' Reply Brief in Support of its Motion to Dismiss and Answering Brief in Opposition to the Cross-Motion For Summary Judgment shall be filed on or before August 25, 2008.

2. Plaintiff's Reply Brief in Support of His Cross-Motion for Summary Judgment shall be filed on or before September 30, 2008.

[Signature Page to Follow]

WM1A 906327v1 07/24/08

BY: \_\_\_/s/ Lifeng Lee Hus_____  BY: \_\_\_/s/ Neal J. Levitsky_____
   Lifeng Lee Hsu (Pro Se Plaintiff)    Neal J. Levitsky, Esquire (No. 2092)
   108 Cardinal Circle    Fox Rothschild LLP
   Hockessin, DE 19707    919 N. Market Street Suite 1300
   (302) 573-5458    Wilmington, DE 19801
   Hsu.lifeng@yahoo.com    (302) 654-7444
      nlevitsky@foxrothschild.com


SO ORDERED this _____ day of _____, 2008.


        _____
        THE HONORABLE SUE L. ROBINSON